M ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:06-CR-322-M (05) |
| | ) | |
| FRANCISCO GARCIA | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

FRANCISCO GARCIA, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of

guilty to Count(s) 1 of the Indictment. After cautioning and examining FRANCISCO GARCIA

under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea

was knowledgeable and voluntary and that the offense(s) charged is supported by an independent

basis in fact containing each of the essential elements of such offense. I therefore recommend that

the plea of guilty, and the plea agreement, be accepted, and that FRANCISCO GARCIA be adjudged

guilty and have sentence imposed accordingly.

Date:   November 20, 2007

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).